# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH GOSNELL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO.: 10-2684 |
| | : | |
| CONSUMER SOLUTIONS, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S PRAECIPE FOR VOLUNTARY DISMISSAL OF DEFENDANT, CONSUMER SOLUTIONS, PURSUANT TO FRCP 41(a)(1)(A)(i)

TO THE CLERK:

Kindly voluntarily dismiss Defendant, Consumer Solutions, without prejudice.

WEISBERG LAW, P.C.

/s/Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH GOSNELL : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | NO.: 10-2684 |
| : | |
| CONSUMER SOLUTIONS, LLC, et al. : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 21st day of February, 2011, a true and correct copy of the foregoing Plaintiff's Praecipe for Voluntary Dismissal of Defendant, Consumer Solutions, Pursuant to FRCP 41(a)(1)(A)(i) was served via ECF, upon the following parties:

Edward Hayes, Esq.
Fox Rothschild, LLP
2000 Market St., 10th Floor
Philadelphia, PA 19103-3291

                                                WEISBERG LAW, P.C.

                                                /s/Matthew B. Weisberg
                                                Matthew B. Weisberg, Esquire
                                                Attorney for Plaintiff